NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1519

BEVERLY E. SMITH,
BEVERLY BOB PRODUCTIONS LLC,
and THE MEN'S RIGHTS FOUNDATION,

Plaintiffs-Appellants,

v.

MARY B. WAGNER, PAVLICK LAW OFFICES,
MELISSA T. PAVLICK, MARIE C. SMITH, COMMONWEALTH OF PA,
and VERIZON WIRELESS NETWORK SOLUTIONS,

Defendants-Appellees.

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 05-CV-4457, Judge J. Curtis Joyner.

## O R D E R

Beverly E. Smith et al. have not responded to the court's September 2, 2008 order directing them to show cause why this appeal should not be dismissed.

Upon consideration thereof,

IT IS ORDERED THAT:

The appeal is dismissed.

FOR THE COURT

FEB 2 5 2009
_____
Date

cc: Beverly E. Smith

s17

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 5 2009

JAN HORBALY
CLERK